UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C.L., Petitioner, v. ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA H. HYDE, Acting Field Office Director, ICE Enforcement and Removal Operations, Boston Field Office; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; and TODD BLANCHE, Attorney General of the United States, Respondents. | CIVIL ACTION NO. 26-12632-WGY |

YOUNG, D.J. November 2, 2026

**ORDER**

The Court has reviewed the petition filed by Petitioner C.L. ("Petitioner") for habeas corpus relief under 28 U.S.C. § 2241 ("Pet." or "the Petition"), ECF No. 1, as well as the Respondents' Response to Petitioner's Petition ("Resp."), ECF No. 12.

This Court agrees with Petitioner that his custody is governed by 8 U.S.C. § 1226(a) which, as due process requires, entitles him to a bond hearing before an immigration judge. This conclusion is consistent with the binding decision in

Guerrero Orellana v. Moniz, No. 25-2152, 2026 WL2352042 (1st Cir. Aug. 13, 2026). Further, Respondents note that the Petitioner was scheduled for a bond hearing on June 18, 2026. Resp. at 6, n. 3. Accordingly, if the Petitioner has not yet been afforded a bond hearing the Respondents shall provide him with one in accordance with this Order.

The Court hereby ALLOWS the Petition insofar as it seeks a bond hearing/individualized custody redetermination before an immigration judge, at which the government bears the burden of proving Veliz Mijangos poses a danger to the community or flight risk, see Hernandez-Lara v. Lyons, 10 F.4th 19, 41 (1st Cir. 2021), and ORDERS this hearing be held within seven (7) days of the date of this Order. The Court further ORDERS Respondents to file a status report -- stating whether Petitioner has been granted bond and, if his request for bond is denied, the reasons for the denial -- within ten (10) days of this Order.

**SO ORDERED.**

William G. Young
WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[1]

---

[1] This is how my predecessor, Peleg Sprague (D. Mass 1841-1865), would sign official documents. Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 48 years.